No. 964. WASHINGTON TERMINAL Co. *v.* BOSWELL ET AL. March 30, 1942. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. In view of the act of August 24, 1937 (c. 754, 50 Stat. 751), the Court hereby certifies to the Attorney General of the United States that the constitutionality of the Railway

Labor Act is drawn in question in this cause. *Messrs. John Dickinson* and *Guy W. Knight* for petitioner.